E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA LETELLIER, CSBN 234969
Special Assistant United States Attorney
    Social Security Administration
    Office of Program Litigation, Office 7
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4830
    Email: marla.letellier@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARY DIAZ OBO EUSBIO DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-CV-01573-SHK<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATED: 1/9/2024

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE