Rebecca C. Padilla, (CSBN: 248605)
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@potterpadillalaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARY DIAZ OBO EUSEBIO DIAZ (DECEASED),<br><br>　　　　Plaintiff,<br>　　vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  5:23-cv-01573-SHK<br><br>{PROPOSED} **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

**IT IS ORDERED** that the Commissioner shall pay the amount of $3,500.00 (Three Thousand, Five Hundred Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 3/29/2024

_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE